479 A.2d 1146

Commonwealth v. Mylonas, Appellant.

Submitted

May 4, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgment of sentence affirmed.